

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-22-00125-CV

**IN THE INTEREST OF S.C. AND M.E.B**., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01853
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

In this accelerated appeal, the reporter's record was due on March 7, 2022. *See* TEX. R. APP. P. 35.1(b). After we granted a first motion for extension of time to file the reporter's record, the record was due on March 17, 2022. Before the once-extended due date, court reporter Judy Mata filed a second notification of late record. She requested an additional ten days to file the reporter's record.

The request is GRANTED; the record is due on March 28, 2022. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court